UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONALD CROCHET** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-3460** |
| **CAMILLE MORVANT, ET AL.** | **SECTION: "I"(5)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Donald Crochet, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as malicious pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1).

New Orleans, Louisiana, this 14th day of June, 2021.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**